Realty Associates Securities Corporation, Respondent, *v.* Myron J. Cedar, Appellant, Impleaded with Others.

(Argued June 6, 1933; decided July 11, 1933.)

*David M. Palley* and *Samuel L. Marcus* for appellant.
*Alfred H. Hetkin* and *Henry Hetkin* for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.